$12,000 received by him as president of the coal company; (b) from that part of the order which restricts the visits of relatives or friends to the incompetent; (c) from that part of the order which provides for the payment of allowances and costs to attorneys, special guardians, physicians, and to the referee in full for services in the above mentioned proceedings; (d) from that part of the order which denies the application to remove Mr. Andrews as committee of the person (which was before Mr. Hubbell, as referee); (e) from that part of the order which directs the payment to Mr. Andrews of $1,500 per month. In these five particulars the order of November 26, 1907, .stands affirmed, and whether the right to appeal from the parts specified in the notices of appeal remains is a question I may not pass upon. All the parties interested were fully aware that all these proceedings were before me, and they submitted to the jurisdiction of the court with full knowledge and notice that I would determine the whole subject, including the removal of Mr. Roosevelt and Mr. Andrews (Mr. Andrews having offered his resignation as committee of the estate the more effectually to press for the removal of Mr. Roosevelt), and all the parties incontestably know that the order of November 26, 1907, was made, not "capriciously," but after "patient and careful hearing of all matters" which bore upon the questions involved. It would seem that these appeals should not succeed. They have, however, been taken in apparent combination with Mr. Andrews, in the possible anticipation that they would be unopposed. Though I deem a stay to be of doubtful propriety, it will nevertheless be granted, but only upon the following express conditions: First. That within five days from December 30, 1907, Mr. and Mrs. Roosevelt file with the clerk of this court, in this proceeding, their written stipulation to have their papers on said appeals filed in the Appellate Division, also their briefs and notices of argument for the calendar for the February term, 1908, and to argue them when reached; also to pay all expenses of printing and counsel fees on said appeals and not to ask reimbursement therefor out of the incompetent's estate unless authorized so to do by the Appellate Division; also to serve a copy of the papers on said appeals with timely notice of argument thereof upon Sylvester J. O'Sullivan, Esq., the substituted committee. Second. Messrs. Andrews, Roosevelt, and Devlin are stayed from voting upon any of the shares of the Elkhorn Valley Coal Land Company belonging to the incompetent. Third. Messrs. Andrews and Roosevelt are stayed from performing any of the duties of committee of the estate, except the payment of $1,500 per month to Mr. Andrews, as committee of the person, as directed by the order of November 26, 1907, and the collecting and depositing the income of said estate. Fourth. In all other respects the stay granted by the order to show cause, dated November 29, 1907, is vacated. Fifth. If the stipulation mentioned in paragraph "First" of this memorandum be not made and filed as therein provided, an order will be entered forthwith denying this motion and wholly vacating said stay of November 29, 1907. Order signed.

ARMOUR PACKING CO., Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Armour Packing Company against the Edison Electric Illuminating Company of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. See 115 App. Div. 57, 100 N. Y. Supp. 609.

AUBURN & NORTHERN ELECTRIC R. CO., Respondent, v. LEHIGH & N. Y. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the Auburn & Northern Electric Railroad Company against the Lehigh & New York Railroad Company and another. No opinion. Orders modified in accordance with memorandum filed with the clerk, and, as so modified, affirmed, without costs of this appeal to either party.

AUBURN & S. ELECTRIC R. CO., Respondent, v. LEHIGH & N. Y. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the Auburn & Syracuse Electric Railroad Company against the Lehigh & New York Railroad Company and another. No opinion. Order modified in accordance with memorandum filed with the clerk, and, as so modified, affirmed, without costs of this appeal to either party.

AVON SPRINGS SANITARIUM CO., Respondent, v. KELLOGG, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by the Avon Springs Sanitarium Company against J. Francis Kellogg. No opinion. Motion for reargument granted. See 106 N. Y. Supp. 1116.

BACON, Appellant, v. AMERICAN MECHANICAL CASHIER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Helen H. Bacon against the American Mechanical Cashier Company. H. B. Closson, for appellant. D. McCurdy, for respondent. No opinion. Determination affirmed, with costs and disbursements. Order filed.

BAKER et al., Appellants, v. DUFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Theodore Baker and others against Mary E. Duff and another. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Respondent, v. WERTHEIM, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Thomas St. John Baldwin against Charles Wertheim. No opinion. Judgments of the Municipal Court affirmed, with costs.

BALFE, Respondent, v. FRANK BREWERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 10,

1908.) Action by George Balfe against the Frank Brewery.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

---

BALFE, Respondent, v. FRANK BREW-ERY, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Ethel Balfe, an infant, by George Balfe, her guardian ad litem, against the Frank Brewery.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

---

BANK OF LONG ISLAND, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Bank of Long Island against John Alvin Young. No opinion. Judgment affirmed, with costs.

---

BANNISTER, Appellant, v. MICHIGAN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Catherine Bannister against the Michigan Mutual Life Insurance Company.

PER CURIAM. Judgment affirmed, with costs. See 105 N. Y. Supp. 1106.

SPRING, J., dissents.

---

BARNES et al., Respondents, v. LONG IS-LAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1908.) Action by William S. Barnes and others against the Long Island Railroad Company. No opinion. Motion granted. Settle order before Mr. Justice GAYNOR.

---

BECK, Respondent, v. BECK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Mary E. Beck against Carrie Beck and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

BECKER, Respondent, v. MacGREGOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Henry Becker against Clara Mac-Gregor. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements.

---

BEHRENS v. STURGES. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Margaretha Behrens against Sarah S. S. Sturges. No opinion. Motion denied, with $10 costs. Order filed.

---

BELFER et al., Respondents, v. McELROY, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Charles J. Belfer and another against Samuel A. McElroy. No opinion. Judgment of the Municipal Court affirmed, with costs.

107 N.Y.S.—71

BENSINGER et al., Appellants, v. EHR-HARDT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Eleanor Bensinger and another against Joel B. Ehrhardt and another. S. Untermyer, for appellants. J. L. Cadwalader, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BENTON, Respondent, v. BENTON, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Aletta T. Benton against Frederick L. Benton. J. H. Corwin, for appellant. J. H. Hazelton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BERGMANN, Respondent, v. LEAVITT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by George A. Bergmann against Frances L. B. Leavitt, individually, etc. C. F. Brown, for appellants. J. M. Harrington, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent, on dissenting opinion in Bergmann v. Leavitt, 113 App. Div. 899, 99 N. Y. Supp. 748.

---

BIRNBAUM, Appellant, v. SILBERMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Isaac Birnbaum against Samuel J. Silberman. C. S. Rosenthal, for appellant. E. P. Mowton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BJERS, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Gus Bjers against the Rochester Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the appellant within 20 days stipulates to reduce the verdict to the sum of $50 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for affirmance.

---

BLASS, Respondent, v. SLOCUM, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Grant Blass against Joseph J. Slocum, as receiver of the Poughkeepsie & Eastern Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BOCKHOLT, Respondent, v. LEVINSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Henry A. Bockholt against Solomon Levinson. No opinion. Judgment of the Municipal Court affirmed, with costs.